Stuart D. Gavzy, Esquire
163 East Main Street
Little Falls, New Jersey 07424
973-256-6080
Fax: 973-256-3665
Attorney for Debtor,
(SG0543)

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

_____

In the Matter of                                    : Case No.: 09-31239 GMB
                                                    :
SAMENTHA ANN MILLER                                 : Chapter 7
                                                    :
                                                    : **SUBSTITUTION OF ATTORNEY**
_____    :
Debtor(s)

      The undersigned hereby consent to the substitution of Stuart D. Gavzy, Esq., 163 East Main Street, Little Falls, New Jersey, as attorney for the Debtor, Samentha Ann Miller, in the above-referenced proceeding.

/s/ Stuart D. Gavzy, Esq.                           /s/ Aurelia Mitchell Durant, Esq.
Stuart D. Gavzy                                     Aurelia Mitchell Durant
Superceding Attorney                                Withdrawing Attorney